UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SHI HUAN DONG,

                      Petitioner,

       -v-

JUDITH C. ALMODOVAR, *et al.*,

                      Respondents.

-----------------------------------------------------------------------X

25 Civ. 7630 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       The Court, having examined the petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

       Within fourteen days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within seven days from the date he is served with Respondents' response.

       SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                                  United States District Judge