UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

SHI HUAN DONG,                     :

              Petitioner,    :

                       :        25 Civ. 7630 (JPC)

      -v-              :

                       :        <u>ORDER</u>

JUDITH C. ALMODOVAR, *et al.*,    :

                       :

             Respondents.   :

                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On October 1, 2025, Respondents represented that they planned to submit a travel document request packet for Petitioner to ICE headquarters by the close of business that day, and that ICE headquarters would, in turn, submit that packet to the Embassy of the People's Republic of China. Dkt. 5 at 12; Dkt. 6 ¶ 18. By December 10, 2025, Respondents shall file a letter stating whether a travel document request packet was in fact submitted to ICE headquarters and to the Embassy. They shall also provide additional details, if known, about the status of the requested travel documents.

     SO ORDERED.

Dated: December 2, 2025
      New York, New York                                  JOHN P. CRONAN
                                             United States District Judge