UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHI HUAN DONG,                                                     :
                                                                  :
                                  Petitioner,                     :
                                                                  :
                -v-                                               :        25 Civ. 7630 (JPC)
                                                                  :
JUDITH C. ALMODOVAR, *et al.*,                                    :        ORDER
                                                                  :
                                  Respondents.                    :
                                                                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 17, 2025, Respondents reported to the Court that Petitioner has been removed from the United States and contended that this case therefore is moot. Dkt. 12. No later than December 22, 2025, Petitioner must file a letter explaining whether Petitioner has been removed from the United States, and if so, stating whether Petitioner agrees with Respondents that this case is now moot.

SO ORDERED.

Dated: December 18, 2025                          _____
       New York, New York                                JOHN P. CRONAN
                                                     United States District Judge