UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

SHI HUAN DONG,                        :

           Petitioner,         :

                              :         25 Civ. 7630 (JPC)

      -v-                 :

                              :         <u>ORDER</u>

JUDITH C. ALMODOVAR, *et al.*,     :

                              :

         Respondents.     :

                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 17, 2025, Respondents informed the Court that Petitioner was removed from the United States and contended that this case is therefore moot. Dkt. 12. On December 18, 2025, the Court ordered Petitioner to file a letter no later than December 22, 2025, advising whether Petitioner was removed from the United States and, if so, whether Petitioner agrees that the case is now moot. Dkt. 13. The docket does not reflect a response from Petitioner. The Court extends Petitioner's deadline to respond to December 30, 2025. Failure to respond may result in dismissal of the Petition as moot.

     SO ORDERED.

Dated: December 23, 2025
      New York, New York                     _____
                                          JOHN P. CRONAN
                                 United States District Judge